No. 10-618. City of New York, New York, et al., Petitioners v. Metropolitan Taxicab Board of Trade, et al.

562 U.S. 1264, 131 S. Ct. 1569, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1770.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 615 F.3d 152.

No. 10-695. Mark D. Lay, Petitioner v. United States.

562 U.S. 1264, 131 S. Ct. 1570, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1766,

February 28, 2011. Motion of Dr. Barron H. Harvey, et al. for leave to file a brief as amici curiae out of time denied. Peti-

tion for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 612 F.3d 440.